# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **B.A.**, <br><br> *Plaintiff*, <br><br> v. <br><br> **FRANK BISIGNANO, Commissioner of Social Security**,[1] <br><br> *Defendant*. | **CIVIL ACTION NO.** <br> **3:25-cv-00066-TES-AGH** |

## ORDER

Pursuant to the Court's authority under sentence four of 42 U.S.C. § 405(g) to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions, and in light of the Government's request to remand and Plaintiff's consent, this case is hereby **REMANDED**.

Remand is appropriate in this case to allow for further administrative proceedings. On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's occupational base and to identify examples of appropriate jobs; take any further action needed to further develop the administrative

---

[1] Because Plaintiff raises claims against the Commissioner of Social Security in his official capacity, Frank Bisignano, Commissioner of Social Security, is substituted for Leland Dudek, former Acting Commissioner of Social Security. Fed. R. Civ. P. 25(d).

record; and issue a new decision.

Accordingly, the Court **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), **REMANDS** this case to the Commissioner for further proceedings, and **DIRECTS** the Clerk of Court to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991); Fed. R. Civ. P. 58.

**SO ORDERED**, this 9th day of June, 2025.

S/ Tilman E. Self, III  
**TILMAN E. SELF, III, JUDGE**  
**UNITED STATES DISTRICT COURT**